UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

James A. Ferguson,

Petitioner,

vs. ORDER

Federal Bureau of Prisons,

Respondent. Civ. No. 00-1970 (MJD/RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 12th day of January, 2001.

* * *

The above-entitled matter is before the undersigned United States Magistrate Judge, pursuant to a general assignment made in accordance with the provisions of Title 28 U.S.C. §636(b)(1)(A), upon the Respondent's Supplemental Response to the Petitioner's Petition for a Writ of Habeas Corpus, filed on August 18, 2000, requesting that the Petition be denied and the case dismissed without an evidentiary Hearing.

Specifically, as outlined by the Respondent's Supplemental Response, on November 17, 2000, the Petitioner filed a Motion for the District Court to Take Judicial Notice and Request for an Order for Immediate Release. After reviewing this Motion, as well as the applicable authorities, see King v. Morrison, 231 F.3d 1094 (8th

FILED JAN 16 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Cir. 2000), the Respondent forwarded a copy of the Petitioner's pleadings to the Bureau of Prisons for their review and advisement. Following this review, the Bureau of Prisons granted the Petitioner the relief that he seeks in his Petition, namely, the determination that the Petitioner is eligible for early release under Title 18 U.S.C. §3621(e)(2)(B).[1] As such, the Respondent requests that the Petitioner's Petition be dismissed, as mooted by the actions of the Bureau of Prisons.

In order to facilitate disposition of the Petition and the request for dismissal, it is --

ORDERED:

That the Petitioner shall have until **February 5, 2001,** in which to respond, should he so choose, to the Respondent's submission to the Court requesting that the Petition for a Writ of Habeas Corpus be denied and the case dismissed. Specifically, the Respondent is directed to show cause as to why his Petition should not be dismissed, as moot, in light of the recent actions by the Bureau of Prisons. Absent compliance with this Order within the

[1]According to the Respondent, the Petitioner was scheduled for placement in a halfway house on January 9, 2001, and has a projected early release date of July 7, 2001. See, Government's Supplemental Response Concerning Recent Actions by the BOP, at 2, citing Inmate Profile Printout dated January 8, 2001.

noted time period, the Court will entertain the Respondent's request for dismissal.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE