UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JAMES A. FERGUSON,

Plaintiff,

ORDER

v.

Civil 00-1970 (MJD/RLE)

FEDERAL BUREAU OF PRISONS,

Defendant.

---

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Base upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceeding herein,

IT IS HEREBY ORDERED THAT:

1. Petition for Writ of Habeas Corpus (Docket No. 1) be **DENIED**, as moot.

2. Petitioner's Motion for District Court to Take Judicial Notice and Request for Order Immediate Release (Docket No. 13) be **DENIED**, as moot.

Dated: August 23, 2001

MICHAEL J. DAVIS, Judge
United States District Court

FILED AUG 23 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK